IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**CLARENCE J. ROBINSON,** :
:
    **Petitioner** :
:   **CIVIL NO. 3:CV-16-0349**
    **v.** :
:   **(Judge Caputo)**
**WARDEN,** :
:
    **Respondent** :

**O R D E R**

**AND NOW**, this **10th** day of **AUGUST**, **2017**, upon consideration of Mr. Robinson's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the accompanying memorandum, it is **ORDERED** that:

1. The petition for writ of habeas corpus (ECF No. 1) is **DISMISSED**.

2. Mr. Robinson's motions for a preliminary injunction (ECF Nos. 8 and 17) will be **DISMISSED** without prejudice.

3. Mr. Robinson's motion for extension of time to file a reply (ECF No. 13) is **GRANTED**.[1]

4. The Clerk of Court is directed to **CLOSE** this case.

                                              **/s/ A. Richard Caputo**
                                              **A. RICHARD CAPUTO**
                                              **United States District Judge**

---

[1] The Court will accept Mr. Robinson's Traverse (ECF No. 14) as timely filed.